IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.           CR NO: 2:25-CR-0147 JAM

**TIMOTHY MCCULLEY**

        Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | Timothy McCulley, Booking Number 25-01194 |
| Detained at | San Joaquin County Jail |

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
     charging detainee with: Production of Child Pornography – 18 U.S.C. § 2251(a)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Shea J. Kenny |
| Printed Name & Phone No: | Shea J. Kenny, (916) 397-8953 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service or any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated: August 18, 2025      /s/ Carolyn K. Delaney
                                       HONORABLE CAROLYN K. DELANEY
                                       CHIEF U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | | ☒ Male | ☐ Female |
| Booking or CDC #: | Booking Number 25-01194 | DOB: | 7/29/1990 |
| Facility Address: | 999 West Matthews Rd., French Camp, CA 95231 | Race: | Caucasian |
| Facility Phone: | (209) 468-4562 | | |
| Currently | San Joaquin County Jail | | |

## RETURN OF SERVICE

Executed on: _____      _____
                                                        (signature)