ERIC GRANT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-00147-JAM |
|---|---|
| Plaintiff, | **FIRST STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| TIMOTHY MCCULLEY, | DATE: October 21, 2025 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 21, 2025.

2. By this stipulation, defendant now moves to continue the status conference until March 10, 2026, and to exclude time between October 21, 2025, and March 10, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 900 pages of documents, including investigative reports; recordings of interviews with the defendant and others; recordings of phone calls; and voluminous electronic records from the defendant's electronic devices obtained in the investigation. All of this discovery has been either

produced directly to counsel and/or made available for inspection and copying.

      b)      Much of this discovery is covered by a Protective Order. Due to the sensitive nature of the discovery in this case and the Protective Order, defense counsel is required to view some of the discovery in person. Defense counsel is currently coordinating with the government's agent to have a defense investigator review the forensic report of the Defendant's cellular phone.

      c)      Defense counsel has represented that she is presently preparing for trials in other matters as well, which requires a substantial amount of her time.

      d)      Counsel for defendant desires additional time to consult with her client, review the current charges, conduct investigation and research related to current charges as well as potential resolutions, to review discovery, to discuss potential resolutions with her client, and to otherwise prepare for trial.

      e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)      The government does not object to the continuance.

      g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2025 to March 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 14, 2025

ERIC GRANT
Acting United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated: October 14, 2025

/s/ MARY ANN BIRD
MARY ANN BIRD
Counsel for Defendant
TIMOTHY MCCULLEY

**ORDER**

IT IS SO ORDERED.

Dated: October 15, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE