ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>TIMOTHY MCCULLEY,<br><br>                              Defendant. | CASE NO.  2:25-cr-00147-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: March 10, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 10, 2026.

2.      By this stipulation, defendant now moves to continue the status conference until **June 30, 2026, at 09:00 a.m.**, and to exclude time between March 10, 2026, and June 30, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 900 pages of documents.  In addition, there are recordings of interviews with the defendant and others; recordings of phone calls; and voluminous electronic records.  All of this discovery has

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

been either produced directly to counsel and/or made available for inspection and copying.

b)      Much of this discovery is covered by a Protective Order.  Due to the sensitive nature of the discovery in this case and the Protective Order, defense counsel is required to view some of the discovery in person.  While defense counsel has already viewed some of the material, trial preparation may require multiple viewings.

c)      Defense counsel is seeking and awaiting a psychological evaluation which will assist her in advising her client and otherwise preparing for trial.

d)      Counsel for defendant desires additional time to consult with her client, review current charges and possible defenses, conduct investigation and research, discuss potential resolution with government counsel, review discovery, and to otherwise prepare for trial.

e)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)      The government does not object to the continuance.

g)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 10, 2026 to June 30, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

//

IT IS SO STIPULATED.

Dated:  February 26, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated:  February 26, 2026

/s/ MARY ANN F. BIRD
MARY ANN F. BIRD
Counsel for Defendant
TIMOTHY MCCULLEY

## ORDER

IT IS SO ORDERED.

Dated: February 26, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3