ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TIMOTHY MCCULLEY,<br>Defendant. | CASE NO. 2:25-cr-00147-JAM<br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME**<br>DATE: December 1, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 1, 2026.

2. By this stipulation, defendant now moves to continue the status conference until January 5, 2027, and to exclude time between December 1, 2026, and January 5, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 600 pages of documents. In addition, there are recordings of interviews with the defendant and others; recordings of phone calls; and voluminous electronic records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Much of this discovery is covered by a Protective Order. Due to the sensitive nature of the discovery in this case and the Protective Order, defense counsel is required to view some of the discovery in person.

c) Defendant has signed a plea agreement and the matter was set for a change of plea.

d) On November 1, 2026, Defendant's counsel's husband was in a catastrophic vehicle accident. He requires extensive rehabilitation and care. For this reason, defense counsel may not have sufficient time to meet with her client in advance of the change of plea hearing. Defense counsel is actively engaged in assisting her spouse with his recovery.

e) Counsel for defendant desires additional time to meet with her client to fully discuss the rights he gives up when entering into a plea and to fully advise in preparation for the change of plea hearing. Should Defendant not enter a plea as planned, counsel will still need additional time to review the remaining discovery, investigate the case, and otherwise prepare for trial.

f) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g) The government does not object to the continuance given the circumstances.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 1, 2026 to January 5, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 23, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated: November 23, 2026

/s/ Mary Ann Bird
Mary Ann Bird
Counsel for Defendant
TIMOTHY MCCULLEY

## ORDER

Based on the stipulation of the parties, the change of plea hearing previously set for December 01, 2026, is **CONTINUED** to **Tuesday, January 05, 2027, at 9:00 a.m.**, in courtroom 6, before Senior United States District Judge John A. Mendez.

Time is **EXCLUDED** through and including January 05, 2027, as described in the parties' Stipulation.

**IT IS SO ORDERED**.

Dated: November 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE